# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004

June 16, 2020

**VIA ECF AND EMAIL**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
PreskaNYSDChambers@nysd.uscourts.gov

```
Counsel's request for an extension until
September 8, 2020, is granted.  SO ORDERED.

                                    6/17/2020
```

RE:    *United States v. Rafael Romero,* 88-cr-642 (LAP)

Dear Judge Preska:

    I am writing to request an extension until September 8, 2020 of the deadline to make a supplemental submission in further support for Rafael Romero's pro se motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  This is my second request for additional time.  I have consulted with AUSA Kaylan Lasky, and the Government consents to this request.

    I have been actively investigating the merits of Mr. Romero's application.  My work is complicated because Mr. Romero, and his family and others, do not speak English. I do not speak Spanish.  Thus, all communications need to be translated.  Additionally, Mr. Romero's application has necessitated a review of trial documents, some of which I have received from the Government; others may have to be retrieved from the court archives.  These factors, plus the limitations imposed by the COVID-19 pandemic on my ability to confer with Mr. Romero, compel me to request more time so that I can be able to provide adequate counsel to Mr. Romero.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

**Connecticut Office**:  2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC