# Law Offices of Jill R. Shellow

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004

November 5, 2020

**VIA ECF AND EMAIL**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
PreskaNYSDChambers@nysd.uscourts.gov

```
Counsel's request for an extension until
November 13, 2020 is granted.  SO ORDERED.

                                   11/06/2020
```

RE: *United States v. Rafael Romero,* 88-cr-642 (LAP)

Dear Judge Preska:

    I am writing to request a fourth extension of time until November 13, 2020 to make a supplemental submission in further support for Rafael Romero's pro se motion for compassionate release.  The Government consents to this request.

    In order to complete my work, I need to review some factual matters with Mr. Romero, and I have not been able to arrange an unmonitored attorney call with him.  I am actively working on this problem, but so far have not been successful.  I am hopeful that with the assistance of the BOP, I will be able to arrange a telephone call with Mr. Romero and an interpreter next week.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

**Connecticut Office**: 2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC