# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004

November 13, 2020

**VIA ECF AND EMAIL**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
PreskaNYSDChambers@nysd.uscourts.gov

> The requested extension of time to file a supplemental submission is GRANTED. Counsel shall inform the Court by letter when she has spoken to Mr. Romero.  SO ORDERED.
>
> *Loretta A. Preska* 11/16/2020

RE:   *United States v. Rafael Romero,* 88-cr-642 (LAP)

Dear Judge Preska:

I find myself once again having to write to request an extension of time to make a supplemental submission in further support for Rafael Romero's pro se motion for compassionate release.  The Government consents to this request.

This submission is fact dependent, and as I said last week, in order to complete my work, I need to review some factual matters with Mr. Romero.  I still have not been able to arrange an unmonitored attorney call with him.  The BOP website says that Mr. Romero is at FCI Cumberland.  Last week I was informed by the BOP Deputy Regional Counsel, Mid-Atlantic Region, that Mr. Romero was in the Special Housing Unit (SHU) at Cumberland and is expected to be transferred.  I am still actively working on this problem, and I have enlisted the help of the U.S. Attorney's office.  I have no control over when I will be able to speak to Mr. Romero.  Considering these circumstances, I respectfully request that I be allowed to inform Your Honor by letter when I have spoken to Mr. Romero and that at that time we set a deadline for the submission.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

**Connecticut Office**: 2537 Post Road, Southport, CT 06890  /  Tel: 203.258.1463  /  Admitted:  NY, CT, DC