```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA          :      88-cr-642 (LAP)
                                  :
                                  :
              v.                  :      ORDER
                                  :
RAFAEL ROMERO,                    :
                                  :
              Defendant.          :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

On April 17, 2020, the Court appointed CJA counsel to represent Mr. Romero in supplementing his application for compassionate release.  Jill R. Shellow filed a notice of appearance dated April 17, 2020.  On May 17, June 16, September 4, November 5, and November 13, Ms. Shellow requested extensions of time in which to supplement that motion.

Ms. Shellow shall inform the Court by letter why she has not supplemented the motion and what steps she has taken to set up an attorney call with Mr. Romero as she states is necessary in her November 5 and November 13 letters.

1

The Clerk of the Court shall mail a copy of this order to Mr. Romero.

**SO ORDERED.**

Dated:   New York, New York
         May 16, 2022

*Loretta A. Preska*
LORETTA A. PRESKA
SENIOR UNITED STATES DISTRICT JUDGE

2