UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAFAEL ROMERO,

           Defendant.

No. 88 CR 642 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Rafael Romero's supplemental materials [dkt. nos. 292, 293] filed in support of his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). The Government shall respond to Mr. Romero's motion by March 14, 2024. Mr. Romero shall file any reply by April 11, 2024.

**SO ORDERED.**

Dated:    February 15, 2024
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge